PEOPLE V RAYMOND JONES, No. 137298. Pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we reverse in part the judgment of the Court of Appeals. The Court of Appeals clearly erred by holding that the

---

[2] *People v Bulger*, 462 Mich 495 (2000).

defendant was entitled to a new trial as a result of the ineffective assistance of trial counsel for the reasons stated by Judge WILDER in his partial concurrence. *People v Jones*, unpublished opinion per curiam of the Court of Appeals, issued August 12, 2008 (Docket No. 276690), at 2 (WILDER, J., concurring in part and concurring in the judgment). We remand this case to the Court of Appeals for consideration of whether the midtrial amendment of the information entitles defendant to a new trial. We do not retain jurisdiction. Court of Appeals No. 276690.

KELLY, C.J., and CAVANAGH, J. We would deny leave to appeal.